UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| PAMELA NOLAN, | ) | No. 0:20-cv-03401-JD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KILOLO KIJAKAZI,[1] | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

The above referenced Social Security case is before this Court upon Plaintiff's motion for attorney's fees in the amount of $3,150.505. Plaintiff filed this petition on August 13, 2021. Defendant filed a response on August 23, 2021, stating he does not object to the requested amount of attorney fees under the Equal Access to Justice Act ("EAJA").

**IT IS, THEREFORE, ORDERED** that the motion for attorney's fees is **GRANTED** in the amount of $3,150.50 in attorney's fees under the EAJA.

**IT IS SO ORDERED.**

Joseph Dawson, III
United States District Judge

Greenville, South Carolina
August 30, 2021

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).